IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SIR GIORGIO SANFORD CLARDY,** | 2:15-CV-00412-YY |
| Plaintiff, | ORDER |
| v. | |
| **STATE OF OREGON, et al.,** | |
| Defendants. | |

**BROWN, Judge.**

    Magistrate Judge Youlee Yim You issued Findings and Recommendation (#53) on November 14, 2016, in which she recommends this Court deny Petitioner Sir Giorgio Sanford Clardy's Petition (#2) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, dismiss this matter with prejudice, and deny a certificate of appealability. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge You's Findings and Recommendation (#53), **DENIES** the Petition (#2) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, **DISMISSES** this matter **with prejudice**, and **DENIES** a certificate of appealability.

IT IS SO ORDERED.

DATED this 13th day of December, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER